Leslie R. Weatherhead, OSB #965751
Email: LeslieW@leehayes.com
LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256

*Attorneys for Third-Party Defendant Oxarc, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNIGARD INSURANCE CO., as subrogee of Lavelle,**<br><br>   Plaintiff,<br><br> vs.<br><br>**CARUS CORPORATION, and AIRGAS USA, LLC,**<br><br>   Defendants.<br><br>**AIRGAS USA, LLC,**<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>**OXARC, INC.**<br><br>   Third-Party Defendant. | No. 6:14-cv-00299-MC<br><br>RULE 7.1 AND LR 7.1-1 DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT |

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.1-1, Third-Party Defendant OXARC, INC. submits its corporate disclosure statement as follows:

CORPORATE DISCLOSURE STATEMENT - 1

OXARC, INC. is the named Third-Party Defendant in the above-captioned civil action and is a corporation. OXARC, INC. does not have a parent corporation, and no publically held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED this 16th day of June, 2014.

                                                s/ Leslie R. Weatherhead
                                                LESLIE R. WEATHERHEAD, OSB #965751
                                                Attorney for Third-Party Defendant Oxarc, Inc.

CORPORATE DISCLOSURE STATEMENT - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2014, I arranged for service of the foregoing document to the parties to this action as follows:

J. Jason Marquoit
Law Office of J. Jason Marquoit
7830 SW 40th Ave., Suite 8
Portland, OR 97219
E-Mail: jason@marquoitlaw.com

Attorney for Plaintiff Unigard Insurance Co.

Rachel C. Nies
Elizabeth D. Wright
Lorber Greenfield & Polito LLP
111 SW Columbia, Suite 950
Portland, OR 97201
E-Mail: rnies@lorberlaw.com
        ewright@lorberlaw.com

Attorneys for Defendant Carus Corporation

Jeffrey S. Eden
Ryan P. Boyle
Jordan R. Silk
Schwabe, Williamson & Wyatt, P.C.2014
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
E-Mail: jeden@schwabe.com
        rboyle@schwabe.com
        jsilk@schwabe.com

Method of Service: ECF

s/ Leslie R. Weatherhead
LESLIE R. WEATHERHEAD, OSB #965751
Attorney for Third-Party Defendant Oxarc, Inc.

CORPORATE DISCLOSURE STATEMENT - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979